# RAAB, STURM & GANCHROW, LLP

COUNSELORS AT LAW
2125 CENTER AVENUE, SUITE 100
FORT LEE, NEW JERSEY 07024
Tel: (201)292-0150
Fax: (201)292-0152

RONALD RAAB*
IRA A. STURM****
ARI D. GANCHROW**

MAURA E. BREEN***
SAMUEL R. BLOOM*****

\* ADMITTED IN NY
\*\* ADMITTED IN NY AND NJ
\*\*\* ADMITTED IN NY AND CT
\*\*\*\* ADMITTED IN NY AND FLA
\*\*\*\*\* ADMITTED IN NY, NJ AND MD

**MEMO ENDORSED**

*The April 1, 2024 conference is adjourned sine die. If a stipulation of dismissal is not filed by May 31, 2024, the parties will submit a joint letter explaining the cause of the delay by that date.*

**SO ORDERED:**

*Paul R. Gardephe*
Paul G. Gardephe, U.S.D.J.
Dated: March 29, 2024

March 28, 2024

**VIA ECF ELECTRONIC FILING**
Hon. Paul G. Gardephe, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Courtroom 705
New York, New York 10007

Re:   Manny Pastreich, as Trustee, et al., v. Melwood Horticultural Training Center, Inc.
**Civil Action No. 23-cv-2419**

Dear Judge Gardephe:

Our firm is counsel for Plaintiffs Manny Pastreich, as Trustee, and the Trustees of the Building Service 32BJ Health Fund (the "Fund"). Please accept this joint letter on behalf of the Fund and Defendant Melwood Horticultural Training Center, Inc. ("Melwood") (collectively "the Parties"). We are pleased to report to the Court that the Parties have agreed to the language of the attached Consent Order (the "Order"), and, assuming the terms and conditions of the Order are adhered to, this matter has fully settled. The Parties ask that the Consent Order be entered by the Court, and the matter stayed to the extent necessary for the Court to enforce the terms of said Order. As per Paragraph 14 of the Consent Order, the Parties anticipate (upon delivery of certain records) this matter being dismissed without prejudice and without costs within sixty (60) days of entry of the Order.

As per our conversation with Chambers, enclosed please find a revised Consent Order.

In light of the resolution of this action, the Parties also respectfully request that the Conference scheduled before Your Honor for **April 1, 2024, at 11:00 am** be cancelled. See ECF Document 19.

Thank you for your attention to this matter. If you have any questions or concerns, please do not hesitate to contact the Parties.

                                                    Respectfully submitted,

                                                    Samuel R. Bloom

cc:      Douglas W. Desmarais, Esq.